UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00236-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ALEXIS CONTRERAS–SANTOYO,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, July 13, 2009,** and responses to these motions shall be filed by **Monday, July 20, 2009.**  It is

FURTHER ORDERED that the parties shall contact Chambers if they determine that a hearing on pending motions, and/or a final trial preparation conference should be set.  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, July 27, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated: June 4, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge