IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00236-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALEXIS CONTRERAS-SANTOYO,

    Defendant.

---

## ORDER TO DISMISS

---

    Upon consideration of the Government's Motion to Dismiss, and for good cause shown, it is hereby

    ORDERED that Government's Motion to Dismiss [doc. #29], filed November 24, 2009, is **GRANTED.**

    ORDERED that Counts One and Three of the Indictment be dismissed as to the defendant.

    Dated this <u>24th</u> day of November, 2009.

                                            BY THE COURT:

                                            <u>s/ Wiley Y. Daniel</u>
                                            WILEY Y. DANIEL,
                                            CHIEF UNITED STATES DISTRICT JUDGE